IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONAE L. SKINNER,<br><br>    Plaintiff,<br><br>VS.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>WILMINGTON SAVINGS FUND SOCIETY,<br>FSB; and DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | CIVIL ACTION NO. SA-23-CV-1179-FB |

## ORDER CLOSING CASE

Before the Court is the status of the above styled and numbered cause. Plaintiff filed a Voluntary Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC on December 29, 2023 (docket #15). On December 28, 2023, Plaintiff filed a Voluntary Stipulation of Dismissal with Prejudice as to Defendant Wilmington Savings Fund Society, FSB (docket #12), and a Voluntary Dismissal of Defendant Does 1 through 100 inclusive (docket #13) pursuant to Federal Rule of Civil Procedure 41(a)(1). By virtue of the filed stipulations and voluntary dismissal, all named Defendants have been dismissed and there is no need for any further order of the Court with respect to any of the dismissed defendants.

Accordingly, IT IS HEREBY ORDERED that this case is now CLOSED. Motions pending, if any, are DISMISSED.

It is so ORDERED.

SIGNED this 31st day of December, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE